**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG S.A., <br><br>　　　　Plaintiffs,<br><br>v.<br><br>HUAWEI DEVICE USA, INC. and<br>HUAWEI DEVICE CO. LTD.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　Case No. 2:17-cv-00707-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendants, Huawei Device USA, Inc. and Huawei Device Co. Ltd. ("Huawei"), stipulate:

　　1.　All claims by Uniloc against Huawei in the above-captioned action are dismissed; and

　　2.　All other claims, counterclaims, defenses and relief requested between Uniloc and Huawei in the above-captioned action are dismissed.

2987882.v1

Dated: June 29, 2018                               Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes
phayes@princelobel.com
Kevin Gannon
kgannon@princelobel.com
PRINCE LOBEL TYE LLP
One International Place - Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com
Texas State Bar No. 24061270
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

ATTORNEYS FOR PLAINTIFFS


*/s/ Jason W. Cook*
Jason W. Cook
Texas State Bar No. 24028537
McGuireWoods LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 273-6499
jcook@mcguirewoods.com

Meghan M. Rachford
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309
Telephone: (404) 443-5500
Facsimile: (404) 443-5599
mrachford@mcguirewoods.com

Counsel for Defendants Huawei Device USA, Inc. and Huawei Device Co. Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system, in accordance with the Court's Local Rules.

*/s/ Kevin Gannon*

2987882.v1