**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and <br> UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> HUAWEI DEVICE USA, INC. and <br> HUAWEI DEVICE CO. LTD., <br><br> Defendants. | § <br> § <br> § <br> § <br> § Case No. 2:17-cv-00707-JRG-RSP <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER RE STIPULATION OF DISMISSAL

On this day, the Court considered the Stipulation of Dismissal filed by Uniloc USA, Inc. and Uniloc Luxembourg, S.A.'s (collectively "Uniloc") and Defendants, Huawei Device USA, Inc. and Huawei Device Co. Ltd. ("Huawei").  The Court is of the opinion that the Stipulation is well-taken and the case should be DISMISSED under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is hereby ORDERED that Uniloc's action against Huawei are dismissed.  All other claims, counterclaims, defenses and relief requested between Uniloc and Huawei in the above-captioned action are dismissed.

**SIGNED this 17th day of August, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE